# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 53240

STATE OF IDAHO,

        Plaintiff-Respondent,

v.

CADEN ALLEN BRADLEY,

        Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Filed:  June 26, 2026

Melanie Gagnepain, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

Appeal from the District Court of the Sixth Judicial District, State of Idaho, Bannock County.  Hon. Robert C. Naftz, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of five years, for rape of a minor under the age of sixteen, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Elizabeth A. Allred, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

Before TRIBE, Chief Judge; LORELLO, Judge;
and MELANSON, Judge Pro Tem

PER CURIAM

Caden Allen Bradley pled guilty to rape of a minor under the age of sixteen.  I.C. § 18-6101(1).  In exchange for his guilty plea, an additional charge was dismissed.  The district court sentenced Bradley to a unified term of fifteen years, with a minimum period of confinement of five years.  Bradley appeals, arguing that his sentence is excessive.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Bradley's judgment of conviction and sentence are affirmed.